# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREAT LAKES INSURANCE SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIDAN ELEVATOR INC., d/b/a )<br>RONS VIDEO CAFE, RONALD )<br>SCHMOKER, individually and as employee/agent )<br>of SHERIDAN ELEVATOR INC., and )<br>KEVIN FRIEL )<br>)<br>Defendants. ) | Case No.: 1-22-cv-02191 |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, GREAT LAKES INSURANCE SE, by and through its attorney, Isaac Melton of HEPLERBROOM, LLC; Defendant, KEVIN FRIEL, by and through his attorney, Craig D. Brown of Meyers and Flowers, LLC; and Defendants SHERIDAN ELEVATOR INC., d/b/a RON'S VIDEO CAFÉ and RONALD SCHMOKER, individually and as employee/agent of SHERIDAN ELEVATOR, INC., by and through their attorney, Keenan Ballo, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that this cause of action shall be dismissed with prejudice and without costs to any party herein.

**GREAT LAKES INSURANCE SE**
By: /s/ Isaac Melton
Isaac Melton, Esq.
HEPLERBROOM, LLC
70 West Madison, Suite 2600
Chicago, IL 60602
P: 312-205-7708
irm@heplerbroom.com

**KEVIN FRIEL**
By: /s/ Craig D. Brown
Craig D. Brown, Esq.
Lauren E. Edmunds, Esq.
MEYERS AND FLOWERS, LLC

        3 N. 2nd Street, Suite 300
        St. Charles, IL 60174
        P: 630-232-6333
        cdb@meyers-flowers.com
        lee@meyers-flowers.com

**RONALD SCHMOKER**
By: /s/ Keenan Ballo
Keenan Ballo, Esq.
Keenan Ballo & Associates, LTD
480 E. Roosevelt Rd., Suite 203
West Chicago, IL 60185
(312) 330-4733
keenanballo@gmail.com